UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AUDREY PALMER

VERSUS

GARY PALMER, ET AL.

CIVIL ACTION

NO. 13-213-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeios, Jr. dated September 27, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] filed by Plaintiff, Audrey Palmer, is DENIED and the *Motion to Dismiss*[4] filed by Defendant, Brand Entergy Solutions, LLC, is GRANTED dismissing Defendant, Gary Palmer, without prejudice from this proceeding.

Baton Rouge, Louisiana, October 17, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 9.
[3] Rec. Doc. 4.
[4] Rec. Doc. 2.